AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| EMILIO PINERO | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. |
| v. | ) | |
| ETIENNE VAVAL d/b/a VAVAL'S AUTO CARE and KETLY VAVAL | ) ) ) | 1:21-cv-24013-JLK |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ETIENNE VAVAL
11851 W DIXIE HWY
MIAMI, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504, Miami, FL 33138, (305) 900-2373
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____ Nov 16, 2021 ____



Angela E. Noble
Clerk of Court

**SUMMONS** ____

*s/ Ketly Pierre*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| EMILIO PINERO | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ETIENNE VAVAL d/b/a | ) | |
| VAVAL'S AUTO CARE and | | 1:21-cv-24013-JLK |
| KETLY VAVAL | | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KETLY VAVAL
11851 W DIXIE HWY
MIAMI, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504, Miami, FL 33138, (305) 900-2373
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Nov 16, 2021



**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court