UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-24013-JLK

EMILIO PINERO,

    Plaintiff,

vs.

ETIENNE VAVAL, d/b/a
VAVAL'S AUTO CARE and
KETLY VAVAL,

    Defendants.
_____/

### ORDER DIRECTING PLAINTIFF TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

Plaintiff filed their Complaint on November 15, 2021. DE 1. The Court has reviewed the Complaint, and Civil Cover Sheet (DE 1-3) does not state the estimated length of trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days; on or before November 22, 2021.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of November, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**    All Counsel of Record