UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

ETIENNE VAVAL d/b/a
VAVAL'S AUTO CARE and
KETLY VAVAL,
    Defendants.

Case No.: 21-cv-24013-JLK

## **NOTICE OF ESTIMATED LENGTH OF TRIAL IN COMPLIANCE WITH DE#4**

Plaintiff, by and through undersigned, in compliance with DE#4, files this notice and estimates that the trial in this action will take approximately three (3) days.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein, Esq. (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
T: 305.306.7674 | F: 305.400.0722
GGoldstein@G2Legal.net

Lauren N. Wassenberg, Esq. (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
T: 561.571.0646 | F: 561.571.0647
WassenbergL@gmail.com