## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-24013-JLK

Plaintiff:
**EMILIO PINERO**

vs.

Defendant:
**ETIENNE VAVAL D/B/A VAVAL'S AUTO CARE, ET. AL.,**

OJF2021020241

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 18th day of November, 2021 at 8:15 am to be served on **ETIENNE VAVAL, 11851 W DIXIE HWY, MIAMI, FL 33161.**

I, DANNY MENDEZ, do hereby affirm that on the **22nd day of November, 2021** at **10:15 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **ETIENNE VAVAL** at the address of: **11851 W DIXIE HWY, MIAMI, FL 33161** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

DANNY MENDEZ
CPS #1265

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2021020241

DM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EMILIO PINERO <br><br> *Plaintiff(s)* <br> v. <br><br> ETIENNE VAVAL d/b/a <br> VAVAL'S AUTO CARE and <br> KETLY VAVAL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 1:21-cv-24013-JLK |

DATE 11/22/2021  TIME 10:15a
INITIALS DM  ID# 1265

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ETIENNE VAVAL
11851 W DIXIE HWY
MIAMI, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504, Miami, FL 33138, (305) 900-2373
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Nov 16, 2021

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

20241